JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM GONZALEZ, | NO. CV 20-11468-MWF (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| THE PEOPLE OF THE STATE OF CALIFORNIA, et al, | |
| Respondent. | |

Pursuant to the Court's Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 29, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE